UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SANFORD F. YOUNG,

                    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
*et al.*

                    Defendants.
------------------------------------------------------------x

C.A. No: 1:08CV5402(LTS)

**EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE**

ELECTRONICALLY FILED

       Defendant Equifax Information Services LLC, ("Equifax"), by Counsel, hereby makes the following Disclosure Statement:

       Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc. is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Dated: New York, New York

       June 20, 2008

                                  KING & SPALDING LLP

                                  By: _____
                                  Richard T. Marooney (RM 0276)
                                  King & Spalding LLP
                                  1185 Avenue of the Americas
                                  New York, NY 10036-4003
                                  (212) 556-2242
                                  RMarooney@KSLAW.com

                                  Counsel for Equifax Information Services LLC

5120769

## CERTIFICATE OF SERVICE

I certify that on June 20, 2008, the foregoing EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE was electronically filed in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Local Rules; and a true copy was served upon counsel of record by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Sanford F. Young, Pro Se
Law Offices of Sanford F. Young, P.C.
225 Boradway, Suite 2008
New York, NY 10007

This 20th day of June, 2008.

*[Signature: Jessica Jean Drumme]*