# KOGAN, TRICHON & WERTHEIMER, P.C.

ATTORNEYS AT LAW

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

(215) 575-7600

TIMOTHY P. CREECH
Direct Dial:     (215) 575-7618
Facsimile:       (215) 575-7688
e-mail: tcreech@mstkw.com



June 20, 2008

*Via* Fax: (212) 805-0426

Honorable Laura Taylor Swain
United States District Court
500 Pearl St.
NY, NY 10007

**MEMU ENDORSED**

> RE:  **Young v. Experian,** *et al.*
> **S.D. NY 08-5402**
>                   C✓

Dear Judge Taylor Swain:

Defendant Trans Union respectfully requests an extension of time of 30 days, until Monday, July 21, 2008, to answer, plead or otherwise defend this matter. The answer is due June 20, 2008. No previous requests for extensions or adjournments have been requested. I have conferred with Plaintiff, a *pro se* attorney, and he consents to this request.

Respectfully,

KOGAN, TRICHON & WERTHEIMER, P.C.

TIMOTHY P. CREECH

Cc:   Sanford F. Young, Esq. (*via* Fax: (212) 752-4157)
      Tuukka D. Hess, Esq. (*via* Fax: (212) 755-7306)
      Richard T. Marooney, Jr., Esq. (*via* Fax: (212) 556-2222)

The request is granted.

SO ORDERED.

6/20/2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE