UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**SANFORD F. YOUNG,**

                Plaintiff,

    -against-

**EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION INTERACTIVE, INC. d/b/a TRANSUNION CREDIT BUREAU,**

                Defendants.

---

Index No. **1:08 CV 5402 (LTS)**

## **NOTICE OF APPEARANCE**

SIRS/MADAMS:

    PLEASE TAKE NOTICE that the undersigned is appearing as the Plaintiff pro se in this matter.

    All notices should therefore be sent to the undersigned.

               Yours, etc.,

                **SANFORD F. YOUNG**
                Plaintiff *pro se*
                c/o **LAW OFFICES OF SANFORD F. YOUNG, P.C.**

                By:_____
                    Sanford. F. Young (SFY-7877)
                225 Broadway – Suite 2008
                New York, New York 10007
                (212) 227-9755

To:

**JONES DAY**
Attorneys for Defendant Experian Information Solutions Inc.
222 East 41st Street
New York, New York 10017-6702
212-326-3407

**KING AND SPALDING, LLP**
Attorneys for Defendant Equifax Information Services LLC
1185 Avenue of the Americas
New York, New York 10036-4003
212-556-2242

**KOGAN, TRICHON & WERTHEIMER, P.C.**
Attorneys for Defendant TransUnion
1818 Market Street - 30th Floor
Philadelphia, Pennsylvania 19103
215-575-7618

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK

JACLYN SHULMAN, being duly sworn, deposes and says:

I am over 18 years of age, not a party to this action, and reside in the County of New York, State of New York. I am not related to any party in this action.

On June 24, 2008, I served the annexed Notice of Appearance and Jury Demand upon:

**JONES DAY**
Attorneys for Defendant Experian Information Solutions Inc.
222 East 41st Street
New York, New York 10017-6702

**KING AND SPALDING, LLP**
Attorneys for Defendant Equifax Information Services LLC
1185 Avenue of the Americas
New York, New York 10036-4003

**KOGAN, TRICHON & WERTHEIMER, P.C.**
Attorneys for Defendant TransUnion
1818 Market Street - 30th Floor
Philadelphia, Pennsylvania 19103

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

JACLYN SHULMAN

Sworn to before me this
24th day of June 2008.

NOTARY PUBLIC

LINDA EDWARDS
Notary Public, State of New York
No. 01ED4702248
Qualified in New York County
Commission Expires Dec. 31, 2009