UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANFORD F. YOUNG,

                Plaintiff,

            Index No. **1:08 CV 5402 (LTS)**

   -against-

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX, INC.; EQUIFAX INFORMATION
SERVICES LLC; and TRANSUNION INTERACTIVE,
INC. d/b/a TRANSUNION CREDIT BUREAU,

                Defendants.

---

# JURY DEMAND

SIRS/MADAMS:

    PLEASE TAKE NOTICE that Plaintiff demands a trial by jury of all claims and defenses.

                Yours, etc.,

                **SANFORD F. YOUNG**
                Plaintiff *pro se*
                c/o **LAW OFFICES OF SANFORD F. YOUNG, P.C.**

                By:_____
                    Sanford. F. Young (SFY-7877)
                225 Broadway – Suite 2008
                New York, New York 10007
                (212) 227-9755

To:

**JONES DAY**
Attorneys for Defendant Experian Information Solutions Inc.
222 East 41st Street
New York, New York 10017-6702
212-326-3407

**KING AND SPALDING, LLP**
Attorneys for Defendant Equifax Information Services LLC
1185 Avenue of the Americas
New York, New York 10036-4003
212-556-2242

**KOGAN, TRICHON & WERTHEIMER, P.C.**
Attorneys for Defendant TransUnion
1818 Market Street - 30th Floor
Philadelphia, Pennsylvania 19103
215-575-7618

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK

JACLYN SHULMAN, being duly sworn, deposes and says:

I am over 18 years of age, not a party to this action, and reside in the County of New York, State of New York. I am not related to any party in this action.

On June 24, 2008, I served the annexed Jury Demand upon:

**JONES DAY**
Attorneys for Defendant Experian Information Solutions Inc.
222 East 41st Street
New York, New York 10017-6702

**KING AND SPALDING, LLP**
Attorneys for Defendant Equifax Information Services LLC
1185 Avenue of the Americas
New York, New York 10036-4003

**KOGAN, TRICHON & WERTHEIMER, P.C.**
Attorneys for Defendant TransUnion
1818 Market Street - 30th Floor
Philadelphia, Pennsylvania 19103

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
JACLYN SHULMAN

Sworn to before me this
24th day of June 2008.

_____
NOTARY PUBLIC

LINDA EDWARDS
Notary Public, State of New York
No. 01ED4702248
Qualified in New York County
Commission Expires Dec. 31, 2009