UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sanford F. Young

          Plaintiff,

-against-

Experian Information Solutions, Inc., Equifax Inc.,
Equifax Information Services, LLC, Transunion
Interactive Inc and Transunion Credit Bureau,

          Defendants.

1:08-CV-05402-LTS

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard T. Marooney, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Brian J. Olson
Firm Name: King & Spalding LLP
Address: 1180 Peachtree Street
City/State/Zip: Atlanta, Georgia 30309
Phone Number: 404-572-4600
Fax Number: 404-215-5172

Brian J. Olson is a member in good standing of the Bar of the State of Georgia.

There are no pending disciplinary proceedings against Brian J. Olson in any State or Federal court.

Dated: July 1, 2008.
City New York, New York:

          Respectfully submitted,

          _____
          Richard T. Marooney (RM 0276)
          Firm Name: King & Spalding LLP
          Address: 1185 Avenue of the Americas
          City/State/Zip: New York, NY 10036-4003
          Phone Number: 212-556-2100
          Fax Number: 212-556-2222

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

Sanford F. Young

    Plaintiff,

-against-                     1:08-CV-05402-LTS

Experian Information Solutions, Inc., Equifax Inc.,
Equifax Information Services, LLC, Transunion
Interactive Inc and Transunion Credit Bureau,

                        AFFIDAVIT OF
                        RICHARD T. MAROONEY
    Defendant.              IN SUPPORT OF MOTION
                        TO ADMIT COUNSEL
                        PRO HAC VICE

State of New York    )
                ) ss:
County of New York   )

Richard T. Marooney, being duly sworn, hereby deposes and says as follows:

1. I am a member of King & Spalding LLP, counsel for Defendants Equifax Information Services, LLC and Equifax, Inc., in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Brian J. Olson pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brian J. Olson since 2007.

4. Mr. Olson is an attorney at King & Spalding, LLP, in Atlanta, Georgia.

5. I have found Mr. Olson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Brian J. Olson, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Brian J. Olson, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Brian J. Olson, pro hac vice, to represent Defendants Equifax Information Services, LLC and Equifax, Inc. in the above captioned matter, be granted.

Dated: July 1, 2008
City, State: New York, New York
Notarized

Sworn to before me
this 1st day of July, 2008

Notary Public, New York
Qualified in New York County
Commission Expires Oct. 19, 200_ 1-30-2010

Respectfully submitted,

Richard T. Marooney (RM 0276)

# STATE BAR
## OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Brian James Olson
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 06/19/1995 |
| **BAR NUMBER:** | 553054 |
| **TODAY'S DATE:** | June 26, 2008 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sanford F. Young

       Plaintiff,

           1:08-CV-05402-LTS

- against -

           **ORDER FOR ADMISSION**
           **PRO HAC VICE**
           **ON WRITTEN MOTION**

Experian Information Solutions, Inc., Equifax Inc.,
Equifax Information Services, LLC, Transunion
Interactive Inc and Transunion Credit Bureau,

       Defendant.

Upon the motion of Richard T. Marooney, attorney for Equifax Information Services, LLC and Equifax, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Brian J. Olson
    Firm Name:     King & Spalding LLP
    Address:       1180 Peachtree Street
    City/State/Zip:   Atlanta, Georgia  30309
    Telephone/Fax:  404-572-4600/404-572-5100
    Email Address: BJOlson@KSLAW.com

is admitted to practice pro hac vice as counsel for Equifax Information Services, LLC and Equifax Inc. in the above captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECG password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 1, 2008
City, State: New York, New York

                                      United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

This is to certify that I have this day of July 1, 2008 served a copy of the **Motion To Admit Counsel Pro Hac Vice** upon counsel of record by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

*Sanford F. Young, Pro Se*
*Law Offices of Sanford F. Young, P.C.*
*225 Boradway, Suite 2008*
*New York, NY 10007*
*(Counsel for Pro Se Plaintiff)*

*Tuukka Daniel Hess*
*Jones (NYC)*
*222 East 41st Street*
*New York, NY 10017*
*(Counsel for Experian Information Solutions, Inc.)*

_____