SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Sanford F. Young

        Plaintiff,

        - against -

Experian Information Solutions, Inc., Equifax Inc., Equifax Information Services, LLC, Transunion Interactive Inc and Transunion Credit Bureau,

        Defendant.

1:08-CV-05402-LTS

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2008

Upon the motion of Richard T. Marooney, attorney for Equifax Information Services, LLC and Equifax, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Brian J. Olson
    Firm Name:       King & Spalding LLP
    Address:           1180 Peachtree Street
    City/State/Zip:     Atlanta, Georgia 30309
    Telephone/Fax:  404-572-4600/404-572-5100
    Email Address:  BJOlson@KSLAW.com

is admitted to practice pro hac vice as counsel for Equifax Information Services, LLC and Equifax Inc. in the above captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECG password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 7, 2008
City, State: New York, New York

                                                                     _____
                                                            United States District/~~Magistrate~~ Judge