UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
SANFORD F. YOUNG,

                                      Plaintiff,    C.A. No: 08-cv-5402

    v.                                          **ANSWER OF DEFENDANT,**
                                                       **TRANS UNION LLC**

EXPERIAN INFORMATION SOLUTIONS, INC.,
*et al.*,

                                      Defendants.
----------------------------------------------------------------x

       Trans Union LLC ("Trans Union"), improperly pled as Transunion Credit Bureau, Answers Plaintiff's Complaint as follows:

### INTRODUCTION/JURISDICTION

       1-3.    Denies the allegations of paragraphs 1-3 of the Complaint.

       4.    This Court has jurisdiction for the reasons and authorities set forth in Notice of Removal filed by Experian Information Solutions, Inc.

### PARTIES

       5.    Denies the allegations of paragraph 5 of the Complaint. The term "principal place of business" applies to a corporate entity, not a natural person.

       6-8; 10-12.    No responsive pleading required for allegations directed toward third parties, as alleged in paragraphs 6-8; 10-12 of the Complaint.

       7; 13.    Denies the allegations of paragraphs 7; 13 of the Complaint, except admits Trans Union is a Delaware Limited Liability Company with its principal place of business in Illinois, that it conducts, and is duly authorized to conduct, business in New York, and that it is a

"consumer reporting agency" as defined by the Fair Credit Reporting Act 15 U.S.C. §1681 *et seq.* (the "FCRA").

## FIRST CAUSE OF ACTION

14.     Repeats and realleges each and every response to paragraphs 1-13 of the Complaint as if set forth at length herein.

15-21.  Denies the allegations of paragraphs 15-21 of the Complaint and further denies knowledge or information sufficient to form a belief as to the truth of the allegations, except admits that a judgment was entered in the Supreme Court of New York, County of New York, Index No. 111675/06 in favor of Plaintiff and against the City of New York.

22.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations, except denies that Plaintiff purchased a copy of his credit file from Trans Union on March 28, 2008.

23-24.  Denies the allegations of paragraphs 23-24 of the Complaint, except admits that Trans Union accurately reported the status of the New York County Clerk's Office Judgment Docket, at Docket #: 2287627, which listed a judgment entered in favor of the City of New York and against Plaintiff. *Exhibit A* hereto.

25-31.  Denies the allegations of paragraphs 25-31 of the Complaint, except admits Trans Union received a letter of dispute from Plaintiff on April 11, 2008, that Trans Union reinvestigated Plaintiff's dispute and deleted the disputed judgment from Plaintiff's file, and that Trans Union notified Plaintiff of the results of the reinvestigation on Monday, May 12, 2008, in accordance with the FCRA and all applicable laws.

32-53.  Denies the allegations of paragraphs 32-53 of the Complaint and further denies causing Plaintiff any harm for which he is entitled to relief.

## SECOND-FIFTH CAUSES OF ACTION

54-67.  Repeats and realleges each and every response to paragraphs 1-53 as if set forth at length herein.  Denies the allegations of the Second through Fifth Causes of Action, paragraphs 54-67 of the Complaint.

WHEREFORE, Defendant Trans Union LLC demands judgment dismissing Plaintiff's complaint with prejudice, and awarding it such additional relief as the Court deems just and proper.

## FIRST DEFENSE

The complaint fails to state a claim for which relief may be granted.

## SECOND DEFENSE

Defendant Trans Union has, at all material times with respect to plaintiff, acted in good faith and complied fully with the FCRA and relevant state laws.  Trans Union is entitled to rely on the judgment docket in initially reporting the judgment.  Following Plaintiff's dispute, Trans Union deleted the judgment from Plaintiff's credit file, in accordance with the FCRA and all applicable laws.

## THIRD DEFENSE

Based upon the averments upon which Plaintiff's claim is made, defendant Trans Union is immune from suit under the FCRA.

## FOURTH DEFENSE

Any harm suffered by Plaintiff was not caused by any act or omission of defendant Trans Union. Any harm suffered by Plaintiff was caused by Plaintiff's own conduct or the conduct of third parties over which Trans Union has no control or authority.

**FIFTH DEFENSE**

Plaintiff is not entitled to injunctive relief.

**SIXTH DEFENSE**

With respect to Plaintiff, Trans Union's conduct and the alleged communications were entirely privileged and/or true.

**SEVENTH DEFENSE**

Plaintiff did not purchase any good or service from Trans Union in reliance upon any misrepresentation of Trans Union.

**EIGHTH DEFENSE**

The claims contained in the complaint, which seek to recover punitive damages, violate the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the Constitution of the United States of America.

WHEREFORE, Defendant Trans Union LLC demands judgment dismissing Plaintiff's complaint with prejudice, and awarding it such additional relief as the Court deems just and proper.

> Respectfully submitted,
>
> KOGAN, TRICHON & WERTHEIMER, P.C.
>
> */s/ Timothy P. Creech*
> TIMOTHY P. CREECH (TC-7732)
> 1818 Market St., 30th Floor
> Philadelphia, PA 19103
> (215) 575-7618; Fax: (215) 575-7688
> Email: tcreech@mstkw.com
> *Counsel for Defendant,*
> *Trans Union LLC*

DATED:   July 21, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SANFORD F. YOUNG,

                                                 Plaintiff,    C.A. No: 08-cv-5402

       v.                                             **CERTIFICATE OF SERVICE**

EXPERIAN INFORMATION SOLUTIONS, INC.,
*et al.*,

                                               Defendants.
---------------------------------------------------------------x

      TIMOTHY P. CREECH, Esq., hereby certifies that he caused a true and correct copy of the foregoing Trans Union LLC's Answer to be sent on this date, *via* the Court's ECF Notice System, to the following:

| | |
|---|---|
| Sanford F. Young, Esq.<br>Law Offices of Sanford F. Young, P.C<br>(212)-227-9755; Fax: (212)-732-4157<br>Email: sanfordy@aol.com<br>*Counsel for Plaintiff* | Tuukka Daniel Hess, Esq.<br>Jones Day (NYC)<br>222 East 41st Street<br>New York, NY 10017<br>(212) 326-3407; Fax: (212) 755-7306<br>Email: thess@jonesday.com<br>*Counsel for Experian Information Solutions, Inc.* |

Brian J. Olson, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
(404) 215-5806; Fax: (404) 572-5100
Email: bjolson@kslaw.com
*Counsel for Equifax, Inc.*

                                                       */s/ Timothy P. Creech*
                                                    TIMOTHY P. CREECH

DATED:      July 21, 2008

```
USER: NEWYORK      COUNTY CLERKS OFFICE -  NEW YORK        DATE: 06/20/2008
TERM: PE91      JUDGMENT DOCKET & LIEN BOOK SEARCH SUMMARY  TIME: 11:25:06
                       INQUIRY SELECTION: _

 EL    DEBTOR NAME                  CREDITOR NAME          BK/DOCK DATE   CONTROL NO.
       ADDRESS                     ATTORNEY NAME            AMOUNT         SATISFY

 1  YOUNG           SANFORD F    CITY OF NEW YORK DEPA  JDB 06/28/2007 002287627  01
    78    KETCH ROAD             SANFORD F YOUNG PC          $695.24
                                              INDEX NUMBER: 111675/06


PRESS: PF1 - HELP, PF2   RETURN   PF7 - SCR UP, PF8 - SCR DOWN   ENTER - SELECT
```

```
USER:   NEWYORK  COUNTY CLERKS OFFICE   NEW YORK         DATE: 06/20/2008
TERM:   PE91          JUDGMENT DOCKET BOOK INQUIRY       TIME: 11:25:11
              CONTROL NUMBER : 002287627 - 01

        *** DOCKETING DATA ***           *** SOURCE DOCUMENT ***
DOCKETING DATE: 06/28/2007                    TYPE: J    JUDGMENTS
          TIME: 12:11:00                    COUNTY: 31   NEW YORK
EFFECTIVE DATE: 06/28/2007                    COURT: S   SUPREME COURT
          TIME: 12:11:00                TOTAL DEBTORS: 01   UPDATED: N
CLERK/SEQ #  :  RPERKINS  010         INDEX NUMBER: 111675/06
                    *** DEBTOR/CORPORATION ***
NAME   FORMAT I   : YOUNG,SANFORD F
   ADDRESS   NUMBER: 78        STREET: KETCH ROAD
             CITY  : MORRISTOWN NJ          ZIP CODE: 07960
   OCCUPATION      :
                       *** CREDITOR ***
NAME   FORMAT C   : CITY OF NEW YORK DEPARTMENMT OF FINANCE
   ADDRESS   NUMBER: 66        STREET: JOHN STREET
             CITY  : NEW YORK NY            ZIP CODE: 10038

             AMOUNT:         $695.24
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

```
USER:  NEWYORK    COUNTY CLERKS OFFICE - NEW YORK        DATE: 06/20/2008
TERM:  PE91        JUDGMENT DOCKET AND LIEN BOOK SYSTEM   TIME: 11:25:15
                            REMARKS INQUIRY               LAST PAGE: 0001
                                                          CONTROL NUMBER: 002287627 - 01
BOOK TYPE: 01
                                    REMARKS
DATE
06282007   DEBTOR: CITY OF NEW YORK DEPARTMENT OF FINANCE PARKING VIOLATIONS
06282007   ADJUDICATIONS
```

PRESS: PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, CLEAR- RESHOW

```
                    JUDGMENT DOCKET INQUIRY CONTINUED
              CONTROL NUMBER : 002287627 - 01
                          *** CREDITOR ATTORNEY ***
   NAME    FORMAT C  : SANFORD F YOUNG PC
     ADDRESS    NUMBER: 225      STREET: BROADWAY SUITE 2008
                CITY : NEW YORK NY         ZIP CODE:  10007
              *** SATISFACTION DATA ***

              TYPE:                     SHERIFF'S EXECUTION:
              DATE:     /    /          OPERATOR ID:


           REMARKS: Y    (Y OR N)




ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF2- CANCEL INQUIRE PF7- RETURN TO THE FIRST PAGE, ENTER- INQUIRE RECORD
```