UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SANFORD F. YOUNG,                              C.A. No:
                Plaintiff,
   v.                                         **TRANS UNION LLC'S**
                                                   **CORPORATE DISCLOSURE**
EXPERIAN INFORMATION SOLUTIONS, INC.;         **STATEMENT**
*et al.*
                Defendants.
---------------------------------------------------------------x

     Trans Union LLC, a non-governmental corporate party, is wholly owned by TransUnion Corp.  No part of Trans Union LLC or TransUnion Corp. is publicly held.


                                        KOGAN, TRICHON & WERTHEIMER, P.C.


                                        */s/ Timothy P. Creech*
                                        TIMOTHY P. CREECH
                                        1818 Market St., 30th Floor
                                        Philadelphia, PA 19103
                                        (215) 575-7618; Fax: (215) 575-7688
                                        E-mail: tcreech@mstkw.com
                                        *Counsel for Defendant,*
                                        *Trans Union LLC*


DATED:     July 21, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
SANFORD F. YOUNG,

                               Plaintiff,     C.A. No: 08-cv-5402

    v.

                                    **CERTIFICATE OF SERVICE**

EXPERIAN INFORMATION SOLUTIONS, INC.,
*et al.*,

                              Defendants.
-------------------------------------------------------------x

      TIMOTHY P. CREECH, Esq., hereby certifies that he caused a true and correct copy of the foregoing Trans Union LLC's Corporate Disclosure Statement to be sent on this date, *via* the Court's ECF Notice System, to the following:

| | |
|---|---|
| Sanford F. Young, Esq.<br>Law Offices of Sanford F. Young, P.C<br>(212)-227-9755; Fax: (212)-732-4157<br>Email: sanfordy@aol.com<br>*Counsel for Plaintiff* | Tuukka Daniel Hess, Esq.<br>Jones Day (NYC)<br>222 East 41st Street<br>New York, NY 10017<br>(212) 326-3407; Fax: (212) 755-7306<br>Email: thess@jonesday.com<br>*Counsel for Experian Information Solutions, Inc.* |
| Brian J. Olson, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309-3521<br>(404) 215-5806; Fax: (404) 572-5100<br>Email: bjolson@kslaw.com<br>*Counsel for Equifax, Inc.* | |

                                                   */s/ Timothy P. Creech*
                                                   TIMOTHY P. CREECH

DATED:      July 21, 2008